UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL SHANNON,

    Plaintiff,

vs.                                        CASE NO. 6:08-CV-803-ORL-19DAB

SAAB TRAINING USA, LLC,

    Defendant.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 40, filed March 13, 2009). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 40) is **ADOPTED and AFFIRMED.** The Joint Motion for Approval of Settlement (Doc. No. 31, filed February 6, 2009) is **GRANTED IN PART.** The **revised settlement distribution** as specified in the Report and Recommendation (Doc. No. 40) is hereby accepted by the Court as a "fair and reasonable resolution of a bona fide dispute" over FLSA issues.

**DONE AND ORDERED** at Orlando, Florida, this   30th   day of March, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record