# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MICHAEL SHANNON,

    Plaintiff,

vs.                                                           CASE NO. 6:08-CV-803-ORL-19DAB

SAAB TRAINING USA, LLC,

    Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 55, filed August 11, 2009). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 55) is **ADOPTED and AFFIRMED.** The Unopposed Motion to Substitute Party (Doc. No. 51, filed July 22, 2009) is **GRANTED.** Helga Shannon, as Personal Representative of the Estate of Michael Shannon, is substituted as the Substitute Plaintiff in Michael Shannon's place, pursuant to Federal Rule of Civil Procedure 25.

The Renewed Joint Motion to Approve Settlement (Doc. No. 53, filed July 22, 2009) is **GRANTED.** This case is **DISMISSED** with prejudice, and the Clerk of Court is directed to **CLOSE THIS FILE.**

**DONE AND ORDERED** at Orlando, Florida, this \_\_\_2nd\_\_\_ day of September, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record